| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Murphy, III, Stephen J. | 2. Court or Organization<br><br>U.S. District Court, Eastern District of Michigan | 3. Date of Report<br><br>07/07/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Court Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>231 West Lafayette Boulevard<br>Room # 235<br>Detroit, Michigan 48226 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Hospice of Michigan |
| 2. | Board Member | U.S. District Court Historical Society |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, III, Stephen J. | 07/07/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, III, Stephen J. | 07/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 529-1 | | None | K | T | | | | | |
| 2. EuroPacific Growth Fund | | | | | Sold | 07/12/13 | J | | |
| 3. Growth Fund of America | | | | | | | | | |
| 4. Washington Mutual Investors Fund | | | | | | | | | |
| 5. AMCAP Fund | | | | | Buy | 07/12/13 | K | | |
| 6. Fundamental Investors | | | | | Buy | 07/12/13 | J | | |
| 7. | | | | | | | | | |
| 8. 529-2 | | None | K | T | | | | | |
| 9. Growth Fund of America | | | | | | | | | |
| 10. New World Fund | | | | | | | | | |
| 11. American Mutual Fund | | | | | | | | | |
| 12. Income Fund of America | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. Abbott Labs | A | Dividend | J | T | | | | | |
| 15. Abbvie Inc. | A | Distribution | J | T | Spinoff (from line 14) | 01/02/13 | J | | |
| 16. American Tower Corp | A | Dividend | J | T | Buy (add'l) | 07/01/13 | J | | |
| 17. American Tower Corp | A | Dividend | J | T | Sold (part) | 07/29/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, III, Stephen J. | 07/07/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AON Corp. | A | Dividend | | | Sold | 09/20/13 | J | A | |
| 19. Apple | A | Dividend | J | T | | | | | |
| 20. Bank NY Mellon Corp. | A | Dividend | J | T | | | | | |
| 21. Bank of America Money Market | A | Interest | K | T | | | | | |
| 22. Cameron Intl Corp | | None | | | Sold | 09/20/13 | J | A | |
| 23. Celgene Corp | | None | J | T | Buy | 09/20/13 | J | | |
| 24. Chicago Bridge and Iron Co. NV | A | Dividend | J | T | Buy | 09/25/13 | J | | |
| 25. Cincinnati Financial Corp. | A | Dividend | J | T | | | | | |
| 26. Cisco Systems | A | Dividend | J | T | | | | | |
| 27. Columbia Dividend Income Fund | A | Dividend | J | T | Buy | 09/19/13 | J | | |
| 28. Conoco Phillips | A | Dividend | J | T | | | | | |
| 29. EMC Corp. | A | Dividend | J | T | Sold (part) | 02/01/13 | J | | |
| 30. EMC Corp. | A | Dividend | J | T | Sold (part) | 02/01/13 | J | | |
| 31. Exxon Mobil | A | Dividend | J | T | | | | | |
| 32. Family Dollar Stores Inc | A | Dividend | | | Sold | 01/09/13 | J | A | |
| 33. First Energy Corp. | A | Dividend | J | T | | | | | |
| 34. Fifth Third Savings | A | Interest | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, III, Stephen J. | 07/07/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Freeport-McMoran Copper and Gold | A | Dividend | J | T | Buy | 07/03/13 | J | | |
| 36. FS Energy and Power Fun | | None | K | T | | | | | |
| 37. FS Investment Corporation II | | None | K | T | | | | | |
| 38. Gilead Sciences Corp | | None | J | T | Buy | 09/20/13 | J | | |
| 39. Google Inc. | | None | J | T | | | | | |
| 40. Halliburton Co. | A | Dividend | J | T | | | | | |
| 41. Hewlett Packard Co. | A | Dividend | J | T | | | | | |
| 42. Ishares Barclays Inter Cr Bnd Fd | A | Dividend | K | T | Sold<br>(part) | 09/19/13 | J | | |
| 43. Ishares MSCI EAFE Value ETF | A | Dividend | J | T | Buy | 03/13/13 | J | | |
| 44. Ishares MSCI EAFE Growth ETF | A | Dividend | J | T | Buy | 03/13/13 | J | | |
| 45. Ishares MSCI Emergin Markets Min Vol ETF | A | Dividend | J | T | Buy | 09/20/13 | J | | |
| 46. Johnson and Johnson | A | Dividend | J | T | | | | | |
| 47. JP Morgan Chase and Co. | A | Dividend | J | T | | | | | |
| 48. Market Vectors EFT Tr. | A | Dividend | J | T | | | | | |
| 49. MetLife Inc | | None | J | T | Buy | 09/20/13 | J | | |
| 50. Morgan Stanley | | None | J | T | Buy | 01/07/13 | J | | |
| 51. National Oilwell Varco Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Noble Corp | | None | J | T | Buy | 08/06/13 | J | | |
| 53. Occidental Pete Corp. | A | Dividend | J | T | | | | | |
| 54. Oracle Corp. | A | Dividend | J | T | | | | | |
| 55. PepsiCo Inc. | A | Dividend | J | T | | | | | |
| 56. Phillips 66 | A | Dividend | J | T | | | | | |
| 57. Pimco All Assets Fund | A | Dividend | | | Sold | 01/08/13 | K | A | |
| 58. Pimco Developing Local Markets Fund | A | Dividend | J | T | | | | | |
| 59. Pimco Emerging Market Curr Fund | A | Dividend | | | Sold | 09/18/13 | K | | |
| 60. Pimco Foreign Bond Fund Unhedged | A | Dividend | J | T | | | | | |
| 61. Powershares Emerging Markets | A | Dividend | K | T | | | | | |
| 62. Poweshares Emerging Mkts, Sov Debt Portf. | A | Dividend | J | T | | | | | |
| 63. PPL Corp. | A | Dividend | J | T | | | | | |
| 64. Rio Tinto PLC | A | Dividend | J | T | | | | | |
| 65. Schlumberger | A | Dividend | J | T | | | | | |
| 66. Siemens AG | A | Dividend | J | T | Sold (part) | 09/20/13 | J | A | |
| 67. SPDR Nuveen Barclays Cap Short | A | Dividend | K | T | | | | | |
| 68. Starbucks Corp. | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, III, Stephen J. | 07/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Target Corp. | | None | J | T | | | | | |
| 70. Templeton Global ond Fund | | None | J | T | Buy | 09/18/13 | J | | |
| 71. Thermo Fisher Scientific Corp. | | None | | | Sold | 04/25/13 | J | A | |
| 72. Teva Pharmaceuticals Inds Ltd. | A | Dividend | J | T | Sold (part) | 08/12/13 | J | | |
| 73. Timken Corp | A | Dividend | J | T | Buy | 03/13/13 | J | | |
| 74. Vale SA | | None | J | T | | | | | |
| 75. Vanguard FTSE All World Exc US Small Cap | A | Dividend | | | Sold | 09/20/13 | J | B | |
| 76. Vanguard FTSE Emerging MarketsETF | A | Dividend | K | T | Buy | 09/20/13 | K | | |
| 77. Vanguard Growth | | None | J | T | Buy | 09/23/13 | J | | |
| 78. Vanguard Mid-Cap ETF | A | Dividend | J | T | Buy (add'l) | 09/20/13 | J | | |
| 79. Vanguard Mid Cap ETF | A | Dividend | J | T | Sold (part) | 09/20/13 | J | C | |
| 80. Vanguard Mid-Cap Value ETF | A | Dividend | J | T | Buy | 09/20/13 | J | | |
| 81. Vanguard Msci EAFE | A | Dividend | K | T | | | | | |
| 82. Vanguard Short Term Bond | A | Dividend | J | T | | | | | |
| 83. Vanguard Small Cap ETF | A | Dividend | J | T | Buy (add'l) | 09/20/13 | J | | |
| 84. Vanguard Small Cap ETF | | None | J | T | Sold (part) | 09/20/13 | J | C | |
| 85. Vanguard Small Cap Value ETF | A | Dividend | J | T | Buy | 09/20/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, III, Stephen J. | 07/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Verifone Sys Inc | A | Dividend | J | T | Buy | 01/24/13 | J | | |
| 87. Verifone Sys Inc | | None | J | T | Sold (part) | 05/22/13 | J | A | |
| 88. Vodafone Group | | None | J | T | | | | | |
| 89. Union Pacific Corp. | A | Dividend | J | T | | | | | |
| 90. Wal-Mart Stores Inc. | A | Dividend | J | T | | | | | |
| 91. Wells Fargo & Co. New Com | | None | J | T | | | | | |
| 92. Wisdomtree Emerging Markets | A | Dividend | J | T | Sold (part) | 09/20/13 | J | A | |
| 93. Yum Brands Inc. | A | Dividend | | | Sold | 06/17/13 | J | A | |
| 94. Uhl Family Partners | C | Distribution | M | T | Distributed (part) | 03/26/13 | J | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, III, Stephen J. | 07/07/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stephen J. Murphy, III**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544